#32

FILED

2004 OCT 15 P 12: 26

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

HEALTH NET OF THE NORTHEAST, INC.    :

                   Plaintiff    :

                        :    **CIVIL ACTION NO.:**

          **-vs-**       :    3:02cv00554 (SRU)

                        :

AMERICAN RED CROSS    :
CONNECTICUT BLOOD REGION    :

                        :    OCTOBER 14, 2003

               Defendant    :

---

### MOTION FOR EXTENSION OF SCHEDULING ORDER

Pursuant to Fed.R.Civ.P. 6(b) and Local Rule 9(b), the plaintiff, HEALTH NET OF THE NORTHEAST, INC., hereby moves for an extension of the existing scheduling order.

1. On July 31, 2003, the parties appeared before the Honorable Stefen R. Underhill for a status conference.

2. At that time, the court issued certain deadlines; i.e.:

10/1/03 - discovery deadline

10/31/03 - pre-trial memo due

11/6/03 - calendar call and selection of trial date

3. Since that time, the deposition of the plaintiff's expert was taken on September 24, 2003.

1

LAW OFFICES
POMERANZ, DRAYTON & STABNICK, LLC
95 GLASTONBURY BOULEVARD · GLASTONBURY, CONNECTICUT 06033-4412 · (860) 657-8000 · JURIS NUMBER 47367

Motion GRANTED, but calendar call date modified to 1/20/04. So ordered.

Stefen R. Underhill
United States District Judge
10/22/03

FILED

2003 OCT 23 A 8: 51

4. To date, the parties have been unable to schedule the deposition of the defendant's expert due to her limited availability. Defendant's expert resides out of state.

5. In addition, the plaintiff is still awaiting production of Susan Donovan's blood donation records from the defendant, American Red Cross. These were requested by Ms. Donovan herself, and undersigned counsel has requested them from the defendant.

6. On October 1, 2003, undersigned counsel received a supplemental list of 17 additional donors, one or more of whom are potential witnesses in this action. Undersigned counsel requires additional time to attempt to contact the foregoing witnesses.

7. This is the first request for an extension of time.

8. Defendant's counsel has no objection to an extension of time.

WHEREFORE, for all of the foregoing reasons, the plaintiff respectfully moves that this court's scheduling order be extended by 60 days to:

12/1/03  - discovery deadline

12/30/03 - pre-trial memo due

1/6/04   - calendar call and trial date to be selected

LAW OFFICES
POMERANZ, DRAYTON & STABNICK, LLC
95 GLASTONBURY BOULEVARD · GLASTONBURY, CONNECTICUT 06033-4412 · (860) 657-8000 · JURIS NUMBER 47367

THE PLAINTIFF
HEALTH NET OF THE NORTHEAST, INC.

BY                                              
Anne Kelly Zovas, Esq. (#ct01506)
POMERANZ, DRAYTON & STABNICK
95 Glastonbury Boulevard
Glastonbury, CT  06033-4412
Phone (860) 657-8000, ext. 121
Fax   (860) 657-9838

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above written date to:

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan
741 Boston Post Road
Guilford, CT  06437
Phone (203) 458-9168
Fax   (203) 458-4424

And courtesy copy to:

Hon. Stefan R. Underhill
U. S. District Judge
U. S. District Court
915 Lafayette Blvd.
Bridgeport, CT  06604

BY                                              
Anne Kelly Zovas, Esq. (#ct01506)

726.2354

LAW OFFICES
POMERANZ, DRAYTON & STABNICK, LLC
95 GLASTONBURY BOULEVARD · GLASTONBURY, CONNECTICUT 06033-4412 · (860) 657-8000 · JURIS NUMBER 47367