FILED

2003 OCT 27  P 12: 17

US DISTRICT COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| HEALTH NET OF THE NORTHEAST, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | **CIVIL ACTION NO.:** |
| -vs- | : | 302CV554 (SRU) |
| | : | |
| AMERICAN RED CROSS | : | |
| CONNECTICUT BLOOD REGION | : | |
| | : | OCTOBER 23, 2003 |
| Defendant | : | |
| | : | |

---

### NOTICE OF APPEARANCE

Please enter my appearance for the plaintiff, HEALTH NET OF THE NORTHEAST, INC., in the above-entitled action.

Courtney C. Stabnick, Esq.
Federal Bar #ct21863


**FOR**
**Pomeranz, Drayton & Stabnick**
**95 Glastonbury Boulevard**
**Glastonbury, CT 06033-4412**
**Tel. (860) 657-8000**
**Fax  (860) 657-9838**

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Appearance was mailed this 23rd day of October, 2003 to:

Patrick M. Noonan, Esq. (#ct00189)
Michael G. Durham, Esq. (#ct05342)
Delaney, Zemetis, Donahue, Durham & Noonan
741 Boston Post Road
Guilford, CT  06437
(203) 458-9168

by            Courtney C. Stablick, Esq.

726.2354