FILED

2003 OCT 28 P 12: 23

US D...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HEALTH NET OF THE NORTHEAST, INC. :
:
    Plaintiff : CIVIL ACTION NO.
: 3:02 cv 554(SRU)
vs. :
:
AMERICAN RED CROSS : October 27, 2003
:
    Defendants. :

### NOTICE OF APPEARANCE

Please enter the appearance of Brock T. Dubin, as attorney for the Defendant, American Red Cross, in the above-entitled matter.

THE DEFENDANT
AMERICAN RED CROSS

BY: _____
Brock T. Dubin (#ct18777)
Delaney, Zemetis, Donahue,
  Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to plaintiff's counsel of record:

Anne Kelly Zovas, Esquire
Pomeranz, Drayton & Stabnick
95 Glastonbury Boulevard
Glastonbury, CT 06033

Counsel for plaintiff Health Net of the Northeast, Inc.

_____
Brock T. Dubin