UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 JAN 14  P 12: 14

HEALTH NET OF THE NORTHEAST, INC.  :   US DISTRICT COURT
                                    :   BRIDGEPORT CT
              Plaintiff             :   CIVIL ACTION NO.
                                    :   302CV554 (SRU)
vs.                                 :
                                    :
AMERICAN RED CROSS                  :   JANUARY 13, 2004
                                    :
              Defendants.           :

## COMPLIANCE WITH JOINT PRE-TRIAL ORDER

**1.    Trial Counsel:**

Anne Kelly Zovas, Esquire
Pomeranz, Drayton & Stabnick
95 Glastonbury Boulevard
Glastonbury, CT 06033
Tel. No. (860) 657-8000, ext. 121
Fax No. (860) 657-9838

Counsel for the Defendant:

Patrick M. Noonan, Esq.
Brock T. Dubin, Esq.
Delaney, Zemetis, Donahue,
  Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
Tel. No. (203) 458-9168
Fax No. (203) 458-4424

**2.    Jurisdiction:**

Pursuant to American Red Cross v. S.G., 505 U.S. 247, 112 S.Ct. 2465 (1992) and 28 U.S.C. §1441, Red Cross's congressional charter created original federal jurisdiction over suits involving Red Cross.

**3.    Jury/Non-jury:**

Non-jury.

4.    **Length of Trial:**

The parties estimate the trial will take two to three days.

5.    **Further Proceedings:**

The plaintiff will file a motion to compel the production of Susan Donovan's blood donation history pursuant to plaintiff's Third Request for Production, dated April 9, 2003. Defense counsel has indicated those records will be provided if the records are available. The plaintiff and defendant reserve the right to file motions in limine as needed. Additionally, the plaintiff will file a motion to compel the production of Susan Donovan's blood donation history pursuant to plaintiff's Third Request for Production dated April 9, 2003.

6.    **Nature of the Case:**

The plaintiff's employee, Susan Donovan, donated blood at an American Red Cross blood drive on March 15, 2000 when the Red Cross attendant maneuvered the needle which punctured a nerve and damaged a blood vessel resulting in painful and permanent injuries to Mrs. Donovan's right master arm. The plaintiff paid Workers' Compensation benefits for lost time, medical expenses and other employee benefits and may become obligated to pay additional benefits in the future. The plaintiff expended $25,015.07 in Workers' Compensation benefits which Mrs. Donovan received as a result of the blood donation. The plaintiff claims that the injuries it sustained by its employee were a result of the negligence of the defendant, American Red Cross, and seeks reimbursement of all workers' compensation benefits paid to Mrs. Donovan. The total amount in dispute is currently $25,015.07. The plaintiff alleges that this amount may increase. The defendant denies said claims.

7.   **Trial by Magistrate Judge**:

Defendant consents to trial by Magistrate Judge.

Plaintiff consents to trial by Magistrate Judge

8.   **List of Witnesses**:

The defendant intends to call the following witnesses:

Anita Pepin:  Ms. Pepin will testify that she adhered to the standard practice when drawing blood from the plaintiff's employee.

Emily Courter:  an employee of the American Red Cross who will testify as to the procedures for drawing blood and that she adhered to those procedures.

Barbara Robbins, R.N., B.S.N., HP (ASCP), MBA:   Defendant's expert.  Ms. Robbins will testify that neither Ms. Pepin nor Ms. Courter deviated from the standard of care in performing any of their duties.  (A copy of Ms. Robbins' C.V. and expert report is attached hereto as Exhibit A.)

Sandy St. Peter:  Employee of the American Red Cross who was present at the blood drive that day.  This individual will testify as to her recollection of Ms. Donovan's blood donation.  She will further testify regarding the standard procedure for drawing blood.

Gregory Browne:  Employee of the American Red Cross who was present at the blood drive that day.  This individual will testify as to his recollection of Ms. Donovan's blood donation.  He will further testify regarding the standard procedure for drawing blood.

Donna Bowers:  Employee of the American Red Cross who was present at the blood drive that day.  This individual will testify as to her recollection of Ms. Donovan's blood donation.  She will further testify regarding the standard procedure for drawing blood.

Rebecca Marino:  Employee of the American Red Cross who was present at the blood drive that day.  This individual will testify as to her recollection of Ms. Donovan's blood donation.  She will further testify regarding the standard procedure for drawing blood.

Bryant Goodrich:  Employee of the American Red Cross who was present at the blood drive that day.  This individual will testify as to his recollection of Ms. Donovan's blood donation.  She will further testify regarding the standard procedure for drawing blood.

Eddie Caraballo: Employee of the American Red Cross who was present at the blood drive that day. This individual will testify as to his recollection of Ms. Donovan's blood donation. She will further testify regarding the standard procedure for drawing blood.

David Warner: Employee of the American Red Cross who was present at the blood drive that day. This individual will testify as to his recollection of Ms. Donovan's blood donation. She will further testify regarding the standard procedure for drawing blood.

Terrance Black: Employee of the American Red Cross who was present at the blood drive that day. This individual will testify as to his recollection of Ms. Donovan's blood donation. She will further testify regarding the standard procedure for drawing blood.

Deena "Demarkey" Staples: Employee of the American Red Cross who was present at the blood drive that day. This individual will testify as to his recollection of Ms. Donovan's blood donation. She will further testify regarding the standard procedure for drawing blood.

Lisa Arnau: Employee of the American Red Cross who was present at the blood drive that day. This individual will testify as to his recollection of Ms. Donovan's blood donation. She will further testify regarding the standard procedure for drawing blood.

The plaintiff may call the following witnesses:

a.      Amy Moquet (or other representative of Healthnet)
        VP, Human Resources
        Health Net
        Shelton, CT

        Ms. Moquet is expected to testify as to the workers' compensation claim by their employee, Susan Donovan, which arose from the incident alleged in plaintiff's complaint.

b.      Patty Boland (or other representative of the workers' compensation carrier)
        Claim Representative
        AIG
        Farmington, CT

        Ms. Boland will testify as to the amount of workers' compensation benefits paid or to be paid to or on behalf of their insured's employee, Susan Donovan.

c.    Susan Donovan
      45 Highland Drive
      Wallingford, CT

      Mrs. Donovan is expected to testify as to her employment with the plaintiff, as well as the incident which caused her injuries. She will testify as to her injuries, the treatment for same, and the resulting permanent disability incurred by her.

d.    Ellita Nezbeth, R.N., N.S.
      3967 Sedgwick Avenue (12G)
      Bronx, NY 10463

      Plaintiff's expert. Ms. Nezbeth is expected to testify as to the Red Cross' deviation from the standard of care when the defendant's attendant "wiggled" the needle, causing injury to plaintiff's employee. (A copy of Ellita Nezbeth's C.V. and expert opinion are attached hereto as Exhibit B).

e.    J. Grant Thomson, M.D.
      Yale/Plastic Surgery Dept.
      New Haven, CT

      Dr. Thomson is expected to testify as to his diagnosis, treatment and prognosis of Mrs. Donovan.

f.    Sandra Glennon
      273 Third Avenue
      West Haven, CT

      She is expected to testify as to her recollection of Susan Donovan following the incident.

g.    The plaintiff may call one or more of the blood donors identified by defendant.

9.    **Deposition Testimony:**

The parties do not anticipate that any witness will testify by deposition.

10.    **Exhibits**

**Defendant's Exhibits:**

A.    Curriculum Vitae of Barbara Robbins

B.    Correspondence from Susan Donovan to Sonja Bell at American Red Cross Blood Services dated April 12, 2000.

C.    "What You Must Know Before Giving Blood"

C.    American Red Cross "Donor Reaction and Injury Management"

D.    Susan M. Donovan Blood Donation Record

E.    Donor Reaction Injury Record for Susan Donovan

F.    General Liability Report of Accident

G.    Post Reaction Injury Records Relating to Susan Donovan

H.    Post Donation and Call Back Instructions

I.    American Red Cross documents – Whole Blood Collections

J.    Plaintiff's Compliance with Defendant's Request for Disclosure and Production dated 10/28/02

K.    American Red Cross Blood Services, Connecticut Region Operation Report

L.    Training Records of Anita Pepin

M.    Training Records of Emily Courter, R.N.

N.    Operation Report for Health Net Blood Drive

**Plaintiff's Exhibits**

1.    First Report of Injury

2.    Employee Questionnaire

3.    Medical report from St. Vincent's Immediate Health Care

4.    Medical reports from Rupesh Dharia, M.D./Jack Halockman, M.D.

5.    Medical report from Bruce B. Haak, M.D., Neurological
      Associates of New Haven, including report of 9/6/00
      ascribing a 5% permanent partial disability to Mrs. Donovan's
      right master arm.

6.    Medical report (8/23/00) from Alain C.J. Lotbiniere, M.D.,
      Yale/Dept. of Neurosurgery, New Haven

7.    Medical reports from Mark Thimineur, M.D.
      Comprehensive Pain & Headache Treatment Centers

8.    Medical reports from J. Grant Thomson, M.D.
      Yale/Plastic Surgery Dept., New Haven, CT

9.    Medical reports from Griffin Hospital Physical
      Therapy

10.   Medical reports from Griffin Hospital for surgery
      performed on 6/28/01;

11.   Medical reports (11/21/01 and 7/20/02) from Moshe
      Hasbani, M.D. (IME) Neurology, ascribing a 5%
      permanent partial disability;

12.   Bills from the above-referenced medical providers;

13.   Payment print-out from plaintiff's workers' compensation
      insurance carrier reflecting a breakdown of benefits paid;

14.   Expert report from Ellita Nezbeth, R.N., M.S., 3967 Sedwick
      Avenue, Suite 12G, Bronx, NY  10463

15.   C.V. of Ellita Nezbeth, R.N., M.S.

16.   Susan Donovan's blood donation history from the American
      Red Cross (not produced yet)

17.   Defendant's Responses to Plaintiff's Interrogatories and Requests for
      Production dated September 24, 2002

18.   Defendants' Responses to Plaintiff's Second Request to Produce (Liability
      Policy) dated April 1, 2003

19.   Defendants' Responses to Plaintiff's Third Request to Produce Donovan's
      Donor Records dated April 9, 2003

11.    **Anticipated Evidentiary Problems/Motion in Limine**

The defendants object to the plaintiff's ability to recover any future sums of

money as they have not disclosed any claim for this nor offers any opinions in

support of this claim.

12.    **Stipulations of Facts and Law**

(1)    On March 15, 2000, Susan Donovan was an employee of HealthNet of the
Northeast, Inc.

(2)    On March 15, 2000, Susan Donovan donated blood at a blood drive sponsored
by the American Red Cross at her place of employment.

(3)    Susan Donovan had given blood numerous times in the past.

(4)    The amount of Workers' Compensation benefits paid to Ms. Donovan is
$25,015.07 to date.

THE DEFENDANT
AMERICAN RED CROSS

BY:
Patrick M. Noonan (#ct00189)
Brock T. Dubin (#ct18777)
Delaney, Zemetis, Donahue,
  Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

8

THE PLAINTIFF,

By _Anne Kelly_____

Anne Kelly Zovas (#ct01506)
Pomeranz, Drayton & Stabnick
95 Glastonbury Boulevard
Glastonbury, CT 06033
(860) 657-8000