HONORABLE _Stefan Underhill_    (s) counsel January 18, 2002,

DEPUTY CLERK _Montz_    RPTR/ERO/TAPE _Caruci_

TOTAL TIME: ___ hours ___ minutes

DATE _1·20·04_    START TIME _10:20_    END TIME _10:25_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:02cv554 CSRU)_

Health Net, Inc.

vs.

American Red Cross

§
§
§
§
§

_Anna Kelly Zavas_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Patrick Noonan_
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ . . . . . . .    ☑ (call./h) Call of the Calendar held    ☐ (call./set) Call of the Calendar over to _____

☐ . . . . . . . .    ☐ (jyselect./h) Jury Selection held    ☐ Jury Selection continued until _____

☐ . . . . # ___    Motion _____    ☐ granted ☐ denied ☐ advisement

☐ . . . . # ___    Motion _____    ☐ granted ☐ denied ☐ advisement

☐ . . . . . # ___    Motion _____    ☐ granted ☐ denied ☐ advisement

☐ . . . . # ___    Motion _____    ☐ granted ☐ denied ☐ advisement

☐ . . . . . . . .    _____    ☐ filed ☐ docketed

☐ . . . . . . . .    _____    ☐ filed ☐ docketed

☐ . . . . . . . .    _____    ☐ filed ☐ docketed

☐ . . . . . . . .    _____    ☐ filed ☐ docketed

☐ . . . . . . . .    _____ # jurors present

☐ . . . . . . . .    Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ . . . . . . . .    Voir Dire by Court

☐ . . . . . . . .    Peremptory challenges exercised (See attached)

☐ . . . . . . . .    Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ . . . . . . . .    Remaining jurors excused

☐ . . . . . . . .    Discovery deadline set for _____

☐ . . . . . . . .    Disposition Motions due _____

☐ . . . . . . . .    Joint trial memorandum due _____

☐ . . . . . . . .    Trial continued until _____ at _____

✓    Referred to Mag. Judge Garfinkle for Trial    ☐ COPY TO: JURY CLERK