FILED

2004 JAN 20 P 1:20

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEALTH NET OF THE NORTHEAST, INC. : | |
| Plaintiff : | |
| : | CIVIL ACTION NO.: |
| -vs- : | 3:02cv00554 (SRU) |
| : | |
| AMERICAN RED CROSS : | |
| CONNECTICUT BLOOD REGION : | |
| : | JANUARY 16, 2004 |
| Defendant : | |

MOTION TO COMPEL RE.
PLAINTIFF'S THIRD REQUEST FOR PRODUCTION

Pursuant to Fed.R.Civ.P. 37(a)(2) and Local Rule 9(d)2, the plaintiff, HEALTH NET OF THE NORTHEAST, INC., hereby moves this court for an order compelling the defendant, AMERICAN RED CROSS, to comply with the plaintiff's Third Request for Production, dated April 9, 2003.

1. On April 9, 2003, the plaintiff propounded one request for production to the defendant; i.e.

A copy of all blood drive records, including history sheets, donor information records and injury reports relating to Susan Donovan (DOB: 5/15/69; SSN: 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), whose maiden name was Lozowski, for the period of fifteen (15) years prior to the date of injury (3/15/00).

2. On April 10, 2003, the defendant filed its objection, a copy of which is attached hereto as Exhibit A.

1

3. Pursuant to defense counsel's letter of July 15, 2003 (<u>Exhibit B</u>) as well as our discussion at the July 31, 2003 status conference, Mrs. Donovan provided a release for her records directly from the defendant.

4. On August 28, 2003, the American Red Cross responded directly to Mrs. Donovan that it cannot identify her donor records by way of her date of birth, social security number or her maiden name. (<u>Exhibit C</u>).

5. Mrs. Donovan testified at her deposition that prior to the incident which is the subject of this lawsuit, she had regularly donated blood to the American Red Cross since she was in high school; however, to date, the defendant has not produced those records.

6. In accordance with the discussions before the Honorable Stefan Underhill at the July 31, 2003 status conference, the plaintiff now moves this court for an order compelling the defendant to produce said records. To date, the defendant has failed and refused to produce them voluntarily despite the signed release.

7. In support of this motion, undersigned counsel files the attached Affidavit.

WHEREFORE, the plaintiff moves that its Motion to Compel be granted.

THE PLAINTIFF
HEALTH NET OF THE NORTHEAST, INC.

BY  _____
Anne Kelly Zovas, Esq. (#ct01506)
POMERANZ, DRAYTON & STABNICK
95 Glastonbury Boulevard
Glastonbury, CT  06033-4412
Phone (860) 657-8000, ext. 121
Fax   (860) 657-9838

O R D E R

The plaintiff's Motion to Compel is granted.

The defendant, AMERICAN RED CROSS, is hereby ordered to produce a copy of all blood drive records, including history sheets, donor information records and injury reports relating to Susan Donovan (DOB: 5/15/69; SSN:            ), whose maiden name was Lozowski, for the period of fifteen (15) years prior to the date of injury (3/15/00).

BY THE COURT:

_____
Hon. Stefan R. Underhill
U. S. District Judge

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above written date to:

Patrick M. Noonan, Esq.
Brock T. Dubin, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan
741 Boston Post Road
Guilford, CT 06437
Phone (203) 458-9168
Fax   (203) 458-4424

And courtesy copy to:

Hon. Stefan R. Underhill
U. S. District Judge
U. S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

BY _____
Anne Kelly Zovas, Esq. (#ct01506)

726.2354

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEALTH NET OF THE NORTHEAST, INC. : | |
| Plaintiff : | CIVIL ACTION NO. |
| : | 302CV554(SRU) |
| vs. : | |
| : | |
| AMERICAN RED CROSS : | April 10, 2003 |
| : | |
| Defendants. : | |

### DEFENDANT'S OBJECTION TO PLAINTIFF'S
### THIRD REQUEST FOR PRODUCTION

1.   A copy of all blood drive records, including history sheets, donor information records and injury reports relating to Susan Donovan (DOB: 5/15/69; SSN: 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), whose maiden name was Lozowski, for the period of fifteen (15) years prior to the date of injury (3/15/00).

**OBJECTION:**   Defendant objects on the ground that this request is unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. The present lawsuit was brought by the plaintiff to recover workers compensation payments made to its employee, Susan Donovan, in connection with an injury allegedly sustained by Ms. Donovan during a blood drive on March 15, 2000. The only issue in this case is whether the defendant was negligent in the manner in which it administered Ms. Donovan's blood donation on that date. There can be no possible relevance of any records of Ms. Donovan's prior blood donations.

DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

EXHIBIT A

## DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.

JOSEPH M. DELANEY
TERENCE A. ZEMETIS
TIMOTHY W. DONAHUE
MICHAEL G. DURHAM
PATRICK M. NOONAN
EDWARD W. MAYER, JR.
STEVEN M. BARRY

BROCK T. DUBIN
BARBARA M. DUNHAM
ANDREW T. DWYER, II
BRUCE P. MATZKIN
MARTHA S. TRIPLETT

ATTORNEYS AT LAW

CONCEPT PARK
741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437

TEL. (203) 458-9168
FAX. (203) 458-4424

WALLINGFORD OFFICE
TEL. (203) 269-1441
FAX. (203) 284-9428

July 15, 2003

Anne Kelly Zovas, Esq.
Pomeranz, Drayton & Stabnick, LLC
95 Glastonbury Blvd.
Glastonbury, CT 06033-4412

Re: Health Net of the Northeast, Inc. v. American Red Cross

Dear Anne:

Enclosed please find the training records for Anita Pepin and Emily Courter that our expert witness, Barbara Robbins, reviewed. Information concerning other individuals has been redacted.

Ms. Robbins is available for deposition on the following dates: July 31, August 1, August 7 and August 28. She is located in Marshfield, Mass., so please arrange a location close to there. Her rate is $175 for deposition, four-hour minimum. Please call me once you have selected a date so I can make sure it is still available, before sending out a notice.

In order to obtain Blood Donation Records for Susan Donovan, Ms. Donovan must make a written, notarized request with her original signature, and must include her social security number and date of birth. The request can be sent to the American Red Cross Blood Services, Connecticut Region, 209 Farmington Ave., Farmington, CT 06032. If possible you should have her make the request directly (rather than you forwarding it for her) in order to have the quickest response.

Very truly yours,

Bruce Matzkin

EXHIBIT B

**American Red Cross**

CT Blood Services Region

CT Blood Services Region
209 Farmington Avenue
Farmington, Connecticut 06032-1957
Tel: 860-678-2700

Susan Donovan
45 Highland Drive
Wallingford, CT 06492

August 28, 2003

Dear Susan Donovan,

We are unable to currently comply with you request for your donor records. We are unable to match any donor records with the exact identifiers you sent in your notarized reply. Please resubmit a signed request with your identifiers. This response does not need to be notarized.

Donor records are archived and will require retrieval from storage. In order to retrieve any injury reports relating to you please submit the approximate dates of occurrences so that a search may be completed.

Please feel to call me if you have any question.

Thank you.

Sincerely,

Peggy Rotunno
Director, Training and Process Improvement
(860)678-2740

EXHIBIT C

TOTAL P.02

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HEALTH NET OF THE NORTHEAST, INC.   :
                                    :
            Plaintiff               :
                                    :     **CIVIL ACTION NO.:**
            -vs-                    :     3:02cv00554 (SRU)
                                    :
AMERICAN RED CROSS                  :
CONNECTICUT BLOOD REGION            :
                                    :     JANUARY 16, 2004
            Defendant               :

## AFFIDAVIT

1. I am over the age of 18 years and believe in the obligation of an oath.

2. I am the attorney of record representing the plaintiff, Health Net of the Northeast, in the above-entitled action.

3. Pursuant to Rule 37 and Local Rule 9(d)2, I am submitting this affidavit in conjunction with the attached Motion for Order Compelling Disclosure.

4. The discovery sought is limited to a complete response to plaintiff's Third Request for Production, dated April 9, 2003, which consists of one production request:

   A copy of all blood drive records, including history sheets, donor information records and injury reports relating to Susan Donovan (DOB: 5/15/69; SSN: 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), whose maiden name was Lozowski, for the period of fifteen (15) years prior to the date of injury (3/15/00).

1

LAW OFFICES
POMERANZ, DRAYTON & STABNICK, LLC
95 GLASTONBURY BOULEVARD · GLASTONBURY, CONNECTICUT 06033-4412 · (860) 657-8000 · JURIS NUMBER 47367

5. The issue of production of the requested records was discussed at the status conference on July 31, 2003, at which time the Court (Underhill, J.) suggested that efforts be made to obtain release of the records without a court order, but that if efforts failed, the Court would entertain an order for production of same.

6. The plaintiff represents that a good faith effort to mutually resolve the issue of the outstanding discovery informally without the need for the court's intervention has been made, but the parties have been unable to reach such an agreement.

7. I have read the foregoing facts, and they are true and accurate to the best of my information, knowledge and belief.

                                             Anne Kelly Zovas

STATE OF CONNECTICUT )
                       ) ss. Glastonbury; January 16, 2004
COUNTY OF HARTFORD )

Subscribed and sworn to, before me, this 16th day of January, 2004.

                                             Claire M. Mascolo
                                             Notary Public

726.2354

**CLAIRE MASCOLO**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAY 31, 2007