UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

HEALTH NET OF THE NORTHEAST, INC.              :
                                                :      2004 JAN 23  P 1: 33
        Plaintiff                               :      CIVIL ACTION NO.
                                                :      302CV554 (SRU)
vs.                                             :
                                                :
AMERICAN RED CROSS                              :      JANUARY 21, 2004
                                                :
        Defendants.                             :      Notice of Manual Filing

      Please take notice that the defendant, American Red Cross and plaintiff, Health Net of the Northeast, Inc. have manually filed the following document:

Defendant's Objection to Plaintiff's Motion to Compel Dated January 16, 2004

This document has not been filed electronically because:

[X]    the document cannot be converted to an electronic format (This office does not yet have the ability to convert to Adobe to format to a disk.)

[ ]    the electronic file size of the document exceeds 1.5 megabytes

[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57b

[ ]    Plaintiff/Defendant is excused from filing this document by Court order.

                                                          Respectfully submitted,

                                                          THE DEFENDANT
                                                          AMERICAN RED CROSS

                                                          BY:_____
                                                          Patrick M. Noonan (#ct00189)
                                                          Brock T. Dubin (#ct18777)
                                                          Delaney, Zemetis, Donahue,
                                                            Durham & Noonan, P.C.
                                                          741 Boston Post Road
                                                          Guilford, CT 06437
                                                          (203) 458-9168

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to plaintiff's counsel of record:

Anne Kelly Zovas, Esquire
Pomeranz, Drayton & Stabnick
95 Glastonbury Boulevard
Glastonbury, CT 06033

Counsel for plaintiff Health Net of the Northeast, Inc.

Brock T. Dubin