FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 23  P 1:33

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| HEALTH NET OF THE NORTHEAST, INC. | : | |
| Plaintiff | : | CIVIL ACTION NO. 302CV554(SRU) |
| vs. | : | |
| AMERICAN RED CROSS | : | JANUARY 20, 2004 |
| Defendants. | : | |

### DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DATED JANUARY 16, 2004

The undersigned defendant, American Red Cross, hereby objects to the Plaintiff's Motion to Compel dated January 16, 2004. In its Motion to Compel, the plaintiff seeks a copy of all of Susan Donovan's blood drive records. On January 19, 2004, the undersigned defendant represents that it has complied with the plaintiff's request and forwarded to it any and all records it has regarding Susan Donovan.

Accordingly, the issues set forth in the plaintiff's Motion to Compel are now moot.

WHEREFORE, the undersigned defendant requests that this Court deny the plaintiff's Motion to Compel dated January 16, 2004.

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

THE DEFENDANT
AMERICAN RED CROSS

BY: _____
Patrick M. Noonan (#ct00189)
Brock T. Dubin (#ct187777)
Delaney, Zemetis, Donahue,
 Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to plaintiff's counsel of record:

Anne Kelly Zovas, Esquire
Pomeranz, Drayton & Stabnick
95 Glastonbury Boulevard
Glastonbury, CT 06033

Counsel for plaintiff Health Net of the Northeast, Inc.

_____
Brock T. Dubin