CT/ctrial (October 17, 2001)

TOTAL TIME: _1_ hours _40_ minutes     HONORABLE _Wm. Garfinkel_
DEPUTY CLERK _C. Sanders_   RPTR/ERO/TAPE _S. Baldwin_

DATE _3-31-04_   START TIME _11:10 Am_   END TIME _12:50 pm_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Health Net of Northeast   CIVIL NO. _3:02CV554(WIG)_   Anne Kelly Zovas
                                                       _____
                                                       Plaintiffs Counsel
vs.                                 ☐ SEE ATTACHED CALENDAR FOR COUNSEL
American Red Cross                                     _Patrick M. Noonan_
                                                       Defendants Counsel

**CIVIL JURY/COURT TRIAL**

☐ ........ Jury of _____ report (see attached) ☐ Jury sworn
☐ ........ ☐ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until _____ at _____
☑ ........ ☑ (ctrl./h) Court Trial held  ☑ (ctrl./set) Court Trial continued until _4-1-04_ at _10:00 Am_
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ ☐ Plaintiff(s) rests ☐ Defense rests
☐ ........ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ........ ☐ Summation held ☐ Court's Charge to the Jury
☐ ........ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ ........ Jury commences deliberations at _____
☐ ........ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ ........ SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)