HONORABLE Wm. Garfinkel    CT/cvtrial (October 17, 2001)

TOTAL TIME: 5 hours ___ minutes    DEPUTY CLERK C. Sanders    RPTR/ERO/TAPE S. Baldwin

DATE 4-1-04    START TIME 10:15 am    END TIME 4:15 pm
LUNCH RECESS FROM 1:30 pm TO 2:30 pm
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Health Net    CIVIL NO. 3:02 CV 554 (WIG)    Anne Kelley Zovas
§
§                                                Plaintiffs Counsel
vs.    §    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
American Red Cross    §    Patrick Noonan
                                                Defendants Counsel

## CIVIL JURY/COURT TRIAL

☐ ......... Jury of ___ report (see attached) ☐ Jury sworn
☐ ......... ☐ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until ___ at ___
☑ ......... ☑ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___
☑ ctrlconc . Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ .....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm..N. Oral Motion for Judgment as a Matter of Law ☐ granted ☐ denied ☑ advisement
☑ oralm..O. Oral Motion Renewed for Judgment as a Matter of Law ☑ granted ☐ denied ☐ advisement
☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... ☐ Plaintiff(s) rests ☐ Defense rests
☐ ......... Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ ......... ☐ Summation held ☐ Court's Charge to the Jury
☐ ......... All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ ......... Jury commences deliberations at ___
☐ ......... Court orders Jury to be fed at Govt. expense (see attached bill)
☐ ......... SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)