# United States District Court

**DISTRICT OF** _____

Health Net of Northeast
v.
American Red Cross

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02CV554(WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Anne Kelley Zovas | Patrick Noonan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4-1 | S. Baldwin | C. Sanders |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4-1-04 | | | Ellita Nezbeth, Bronx, N.Y. "Registered Nurse", expert |
| | ✓ | " | | | Emily Courter, Wetherfield, CT |
| 16 | | | 16 | 16 | Donor Reaction and Injury Management |
| | V | | V | V | Letter to Editor of American Blood Bank Assoc. |
| | W | | W | W | Journal From Dr. Horowitz |
| 15 | | | 15 | 15 | Breakdown of Damages |
| | M | | M | M | Copy of Training Records For Red Cross |
| | D | | D | D | Susan Donovan's Record From Blood Drive |
| | K | | K | K | Personnel Record From Red Cross |
| | E | | E | E | "DRIR" Donor Reaction/Injury Record |
| | H | | H | H | Post Donation and Call back Instructions |
| 17 | | | 17 | 17 | General Liability Report of Accident |
| 18 | | | 18 | 18 | 3 Post Reaction/Injury Record |
| | L | | L | L | Training Records of Anita Pepin |
| | A | | A | A | Deposition of Anita Pepin |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

All exhibits returned to Counsel

Page 1 of ___ Pages

# United States District Court

DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

Health Net of Northeast
v.
American Red Cross

CASE NUMBER: 3:02 CV 554 (WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Anne Kelly Zovas | Patrick Noonan |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3-31-04 | J. Baldwin | C. Sanders |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 3-31-04 | | | Susan Donovan, Wallingford CT |
| ✓ | | " | | | Sandra Glennon, West Haven, CT |
| 4 | | | 4 | 4 | Medical Records re Susan Donovan |
| 3 | | | 3 | 3 | Medical Report from St. Vincent's Immediate Health Care |
| 5 | | | 5 | 5 | Letter from Doctor Dhavia 8-2-2000 |
| 6 | | | 6 | 6 | Letter from Doctor Halickman 8-23-2000 |
| 7 | | | 7 | 7 | Medical Records to Dr. Delotbiniere 10-30-2000 |
| 8 | | | 8 | 8 | Yale University Plastic Surgery Notes |
| 10 | | | 10 | 10 | Physical Therapy Progress Notes |
| 11 | | | 11 | 11 | Medical Records Discharge Summary |
| 12 | | | 12 | 12 | Independent Medical Examination 11-17-01 |
| 13 | | | 13 | 13 | Medical Bills |
| 14 | | | 14 | 14 | Agreement re 5% to Right Arm |
| | 1 | | 1 | 1 | Employee Questionaire |
| | 2 | | 2 | 2 | Workers Compensation Report |

All exhibits return to Counsel

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages