UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HEALTH NET OF THE NORTHEAST, INC

   v.                               3:02CV554(WIG)

AMERICAN RED CROSS

## JUDGMENT

This matter came on for a bench trial before Honorable William I. Garfinkel, United States Magistrate Judge after a Consent to Proceed Before a U.S. Magistrate was filed on February 2, 2004. On April 1, 2004, the court orally granted American Red Cross's Oral Motion for Judgment as a Matter of Law.

Therefore, it is **ORDERED** and **ADJUGED** that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 13th day of April, 2004.

KEVIN F. ROWE, Clerk

By_____
        Deputy Clerk

Entered on Docket _____